

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-19-00265-CV

Maria Juanita **GOMEZ**,
Appellant

v.

**HILLCREST INN**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19177C
Honorable Susan Harris, Judge Presiding

# O R D E R

On April 22, 2019, appellant filed her notice of appeal. On June 24, 2019, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that appellant has failed (1) to request in writing that she prepare the reporter's record and (2) to pay or make arrangements to pay the fee for preparing the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1) (explaining that the request to the court reporter must designate the exhibits and the portions of the proceedings to be included in the reporter's record); *id.* 35.3(b) (court reporter is responsible for preparing and filing the reporter's record if (1) notice of appeal has been filed, (2) appellant has requested the reporter's record be prepared, and (3) appellant has paid the fee for preparation of the record, has made arrangements to pay the fee, or is entitled to appeal without paying the fee).

We therefore ORDER appellant to file written proof to this court on or before **July 8, 2019** that she has requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2).

We further ORDER appellant to provide written proof to this court on or before **July 8, 2019** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points

raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.



_____
Keith E. Hottle,
Clerk of Court